Decided February 5, 1992

------

Anthony J. Francoline *v.* Linda Klatt et al.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 203, is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's judgment that the defendant had not proven

a valid claim under General Statutes §§ 42-110a through 42-110g, the Connecticut Unfair Trade Practices Act?"

*Ann M. Siczewicz,* in support of the petition.

*Robert J. Reeve,* in opposition.

Decided February 14, 1992